# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LAWRENCE TAVARES, an individual
and JOANNA TAVARES, an individual,

      Plaintiffs,

v.                              Civil Action No.

PELICAN INTERNATIONAL, INC.,
a foreign corporation, ZORG, INC.,
a foreign corporation, and DICK'S
SPORTING GOODS, INC., a foreign
corporation,

      Defendants.
_____/

## PELICAN INTERNATIONAL, INC.'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332 and 1441, defendant Pelican International, Inc. ("Pelican") hereby removes the above-captioned action pending in the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida to the United States District Court for the Middle District of Florida, Jacksonville Division. In support of removal, Pelican states:

## GROUNDS FOR REMOVAL

On March 4, 2022, Plaintiffs filed the action styled *Lawrence Tavares and Joanna Tavares v. Pelican International, Inc., Zorg, Inc. and Dick's Sporting Goods, Inc.*, Circuit Court, Fourth Judicial Circuit, Duval County, Florida; Case No. 2022-CA-001220, Division CV-G. This case is properly removed to this Court

pursuant to 28 U.S.C. § 1441 because Pelican has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1332.

## I. PELICAN HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL.

Plaintiffs filed their complaint on March 4, 2022. Pelican was served with the Complaint on April 29, 2022. Because this Notice of Removal is being filed within 30 days of the date of Pelican's receipt of the complaint, removal is timely under 28 U.S.C. § 1446(b). Pelican has not previously sought to remove this action.

Removal to this Court is proper because it is "the district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a). Therefore, this action is properly removed to the Middle District of Florida pursuant to 28 U.S.C. § 89(b). Pursuant to 28 U.S.C. § 1446(a), the following exhibits are attached to this notice:

a. Exhibit 1 is a complete copy of the complaint filed by the Plaintiffs in state court;

b. Exhibit 2 is the state court docket sheet; and

c. Exhibit 3 is a composite exhibit that includes all remaining state court documents.

Copies of this Notice of Removal are being served upon Plaintiffs' counsel and filed in the state court action pursuant to 28 U.S.C. § 1446(d).

## II. REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1332.

This is a civil action in which the District Courts of the United States have been given original jurisdiction pursuant to Title 28 U.S.C. § 1332 in that complete diversity of citizenship existed at the time of the filing of this action and still exists as between the plaintiffs on the one hand and the defendants on the other, and the amount in controversy exceeds the sum of $75,000, exclusive of interests and costs.

In their Complaint, plaintiffs assert product liability claims against defendants grounded in strict liability and negligence. Plaintiffs allege and seek to recover damages for permanent physical injury, resulting pain and suffering, disability, mental pain and suffering, loss of capacity for the enjoyment of life, the expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. Compl. ¶¶ 17, 26, 32, 41, 47, 56, 62, 71, 78, 88, 95, 105. Plaintiffs' Complaint does not identify a specific amount of damages which Plaintiffs seek; however, plaintiffs have made a settlement demand far in excess of $75,000, exclusive of interests and costs, and therefore the jurisdictional threshold is satisfied.

Likewise, the requirement of complete diversity of citizenship is satisfied. Plaintiffs are individuals who are permanent residents of Jacksonville, Florida. Compl. ¶ 2. Upon information and belief, Plaintiffs are domiciliaries of Florida,

therefore making them citizens of Florida for purposes of determining diversity jurisdiction.

Defendant Pelican is a foreign corporation organized under the laws of Canada and with its headquarters in Quebec City, Quebec, Canada. Pelican is therefore a foreign citizen.

Defendant Zorg is a foreign corporation organized under the laws of Canada and with its headquarters in Laval, Quebec, Canada. Zorg is therefore a foreign citizen.

Defendant Dick's is a foreign corporation organized under the laws of Delaware and with its headquarters in Coraopolis, Pennsylvania. Dick's is therefore a citizen of Delaware and Pennsylvania.

Accordingly, complete diversity of citizenship between the parties is present.

Defendants Zorg and Dick's have not been joined in this action or served with the Summons and Complaint and, therefore, pursuant to 28 U.S.C. § 1446(b)(2)(A), there are no other defendants required to join in or consent to removal.

WHEREFORE, defendant Pelican International, Inc. respectfully removes the entire action from the Circuit Court for the Fourth Judicial District, in and for Duval County, Florida to this Court pursuant to 28 U.S.C. § 1441 for all further proceedings.

Dated: May 19, 2022

        NELSON MULLINS RILEY &
        SCARBOROUGH, LLP

        By:   */s/ Lee D. Wedekind, III*

        Lee D. Wedekind, III (Trial Counsel)
        Florida Bar No. 670588
        John P. McDermott, Jr.
        Florida Bar Number 1025565
        50 N. Laura Street, Suite 4100
        Jacksonville, FL 32202
        (904) 665-3652 (direct)
        lee.wedekind@nelsonmullins.com
        john.mcdermott@nelsonmullins.com
        allison.abbott@nelsonmullins.com

        Attorneys for Pelican International, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 19, 2022, a copy of the foregoing was filed with the Court's CM/ECF system, which served a copy of it on the following:

Michael K. Roberts, Esq.
Law Offices of Nooney, Roberts,
Hewett and Nowicki
1680 Emerson Street
Jacksonville, FL 32207
mroberts@nrhmlaw.com
azep@nrhmlaw.com
pleadings@nrhmlaw.com
*Attorneys for Plaintiffs*


*/s/ Lee D. Wedekind, III*
Attorney

4861-8501-6351