UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAWRENCE TAVARES and
JOANNA TAVARES,

      Plaintiffs,

vs.                                  Case No. 3:22-cv-554-MMH-MCR

PELICAN INTERNATIONAL, INC.
and DICK'S SPORTING GOODS,
INC.,

      Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Dismissal With Prejudice (Dkt. No. 60; Stipulation) filed on October 30, 2024. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2. Each party shall bear his, her, or its own attorneys' fees, costs, and expenses.

**DONE AND ORDERED** in Jacksonville, Florida this 31st day of October, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record